UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| AMERICAN TRUCKING AND TRANSPORTATION INSURANCE COMPANY, A RISK RETENTION GROUP,<br><br>              Plaintiff,<br><br>vs.<br><br>ACEWAY LOGISTICS, INC. ET AL,<br><br>              Defendants. | CV-24-116-M-DLC<br><br>ORDER |

Consent to the jurisdiction of a United States Magistrate Judge having been met with objection,

IT IS ORDERED:

1. This case is reassigned to the Honorable Dana L. Christensen, United States District Judge, for all further proceedings and entry of judgment.

2. The Clerk of Court is directed to forthwith notify the parties of the making of this order.

DATED this 3rd day of October, 2024.

_____
Honorable Dana L. Christensen
United States District Judge