IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| AMERICAN TRUCKING AND TRANSPORTATION INSURANCE COMPANY, A RISK RETENTION GROUP, a Montana corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>ACEWAY LOGISTICS, INC., a Delaware corporation, ANDY KHERA, an individual, ARK INSURANCE (US), INC., a Delaware corporation, BAJA FREIGHT, LTD., a Delaware corporation, BLUEWAY SERVICES, LLC, a Delaware limited liability company, BNK TRANSPORT, INC., a Delaware corporation, CA DEDICATED, LTD., a Delaware Corporation, CHARGER LOGISTICS USA, INC., a Delaware corporation, RAV LOGISTICS GROUP, LTD., a Delaware corporation, and ZIP EXPRESS US, LTD., a Delaware corporation,<br><br>            Defendants. | CV 24–116–M–DLC<br><br><br>ORDER |

1

ACEWAY LOGISTICS, INC., a Delaware corporation, ARK INSURANCE (US), INC., a Delaware corporation, BAJA FREIGHT, LTD., a Delaware corporation, BLUEWAY SERVICES, LLC, a Delaware limited liability company, BNK TRANSPORT, INC., a Delaware corporation, CA DEDICATED, LTD., a Delaware corporation, CHARGER LOGISTICS USA, INC., a Delaware corporation, RAV LOGISTICS GROUP, LTD, a Delaware corporation, ZIP EXPRESS US, LTD., a Delaware corporation,

   Counterclaimants,

vs.

AMERICAN TRUCKING AND TRANSPORTATION INSURANCE COMPANY, A RISK RETENTION GROUP, a Montana corporation,

   Counter-Defendant.

ARK INSURANCE (US), INC., a Delaware Corporation,

   Third-Party Plaintiff

vs.

KEN CRIPPEN,

   Third-Party-Defendant.

2

Before the Court is Plaintiffs' Motion for Temporary Restraining Order (Doc. 30). Through the Motion, Plaintiff seeks a temporary restraining order against Defendants Aceway Logistics, Inc., Baja Freight, Ltd., Blueway Services, LLC, BNK Transport, Inc., CA Dedicated, LTD., Charger Logistics USA, Inc., RAV Logistics Group, Inc., and Zip Express US, Ltd. (collectively, the "Operating Defendants") (*Id.* at 3–4.)

Accordingly, IT IS ORDERED that the Operating Defendants' Response to Plaintiffs' Motion shall be due on or before November 26, 2024.

IT IS FURTHER ORDERED that should Plaintiff wish to file a Reply, it shall be due 7 days after Defendants' Response is filed.

IT IS FURTHER ORDERED that after receipt and review of the parties' briefing, the Court will determine whether a hearing is required in this matter, and, if so required, the Court will set a hearing date on the Motion.

DATED this 13th day of November, 2024.

_____
Dana L. Christensen, District Judge
United States District Court