IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| AMERICAN TRUCKING AND TRANSPORTATION INSURANCE COMPANY, A RISK RETENTION GROUP, a Montana corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>ACEWAY LOGISTICS, INC., a Delaware corporation, ANDY KHERA, an individual, ARK INSURANCE (US), INC., a Delaware corporation, BAJA FREIGHT, LTD., a Delaware corporation, BLUEWAY SERVICES, LLC, a Delaware limited liability company, BNK TRANSPORT, INC., a Delaware corporation, CA DEDICATED, LTD., a Delaware Corporation, CHARGER LOGISTICS USA, INC., a Delaware corporation, RAV LOGISTICS GROUP, LTD., a Delaware corporation, and ZIP EXPRESS US, LTD., a Delaware corporation,<br><br>    Defendants. | CV 24–116–M–DLC<br><br><br>ORDER |

1

ACEWAY LOGISTICS, INC., a Delaware corporation, ARK INSURANCE (US), INC., a Delaware corporation, BAJA FREIGHT, LTD., a Delaware corporation, BLUEWAY SERVICES, LLC, a Delaware limited liability company, BNK TRANSPORT, INC., a Delaware corporation, CA DEDICATED, LTD., a Delaware corporation, CHARGER LOGISTICS USA, INC., a Delaware corporation, RAV LOGISTICS GROUP, LTD, a Delaware corporation, ZIP EXPRESS US, LTD., a Delaware corporation,

       Counterclaimants,

vs.

AMERICAN TRUCKING AND TRANSPORTATION INSURANCE COMPANY, A RISK RETENTION GROUP, a Montana corporation,

       Counter-Defendant.

---

ARK INSURANCE (US), INC., a Delaware Corporation,

       Third-Party Plaintiff

vs.

KEN CRIPPEN,

       Third-Party-Defendant.

2

Before the Court is the parties' Joint Motion for Dismissal with Prejudice. (Doc. 75.) Through the Motion, the parties explain that the matter has been fully and finally compromised and settled upon the merits. (*Id.* at 2.)

Accordingly, IT IS ORDERED that the Motion (Doc. 75) is GRANTED. This matter, including all claims and counterclaims, is DISMISSED with prejudice, with each party to bear their own costs and fees.

The Clerk of Court is directed to close this case.

DATED this 14th day of July, 2025.

_____
Dana L. Christensen, District Judge
United States District Court